IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO D. DAVIS, # 212703, )<br>)<br>Petitioner, )<br>)<br>                                                )<br>v.                                            )<br>)<br>JOHN CROW, *et al.*, )<br>)<br>Respondents. ) | Civil Action No.<br>2:18cv16-WHA-SMD<br>[WO] |

## **ORDER**

On December 3, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. # 10. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 10) is ADOPTED; and

2. The 28 U.S.C. § 2254 petition is DENIED, and this case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 4h day of January, 2021.

                                          /s/ W. Harold Albritton
                                          W. HAROLD ALBRITTON
                                          SENIOR UNITED STATE DISTRICT JUDGE